**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUG 09 2018

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 18-mj-7108-SCW |
| WARREN GRIFFIN, II, | ) Title 18 United States Code |
| Defendant. | ) Sections 922(g)(1) |

### CRIMINAL COMPLAINT

I, Nick Homann, Special Agent with the Illinois State Police (ISP), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
**(Felon in Possession of a Firearm)**

On or about August 9, 2018, in Madison County, within the Southern District of Illinois,

**WARREN GRIFFIN, II,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Felon in Possession of a Firearm, in the United States District Court for the Southern District of Illinois, on November 15, 1996, in Case No. 96-CR-30057-WDS, did knowingly possess, in or affecting commerce, a firearm, to wit: a .380 caliber Ruger LCP handgun, bearing serial number 375-69802, in violation of Title 18, United States Code, Section 922(g)(1).

### AFFIDAVIT

Your Affiant, Nick Homann, further states that I am a Special Agent (SA) with the Illinois State Police (ISP) and have been so employed for 11 years. I have spent the last 4 years as a Special

Agent serving in an investigative function to include narcotic investigations, firearm violations, death investigations, and other general investigative functions. I am currently assigned as a Special Agent with the ISP Metro East Police Assistance Team (MEPAT) where I focus on narcotic, gang, and firearm investigations in the East Saint Louis Area.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On August 9, 2018, Illinois State Police Trooper Marlow was on patrol on Interstate 55 southbound near mile post 35 north of Hamel, Illinois in Madison County which is within the Southern District of Illinois when he observed a silver 2005 Lexis traveling at a speed of 76 miles per hour, which was over the posted 70 mile per hour speed limit.

2. Trooper Marlow immediately initiated a traffic stop of the vehicle and the driver pulled over at a gas station in Hamel, Illinois. Trooper Marlow approached the driver and asked for identification. The driver handed Trooper his a driver's license identifying himself as Warren Griffin, II with a residence in Kentucky.

3. Trooper Marlow was advised that Warren Griffin, II had a warrant for his arrest for federal charges in the Eastern District of Kentucky.

4. Trooper Marlow asked Griffin to exit the vehicle at which time your affiant and another member of the MEPAT team approached Griffin to place him under arrest on the warrant.

5. As the officers attempted to handcuff him, Griffin refused to put his hands behind his back and actively resisted until he was subdued and handcuffed.

6. Once Griffin was handcuffed, ISP Agent Wood conducted a pat down search at which time he felt what he believed to be a firearm in the front part of Griffin's shorts. Agent Wood asked Griffin, "is that a gun?" to which Griffin said "yes."

7. The firearm then fell out of the bottom of Griffin's shorts to the ground.

8. The firearm was photographed and collected as evidence. The firearm located on Griffin's person is a .380 caliber Ruger LCP, bearing serial number 375-69802. The firearm was loaded with 5 rounds of ammunition. The Ruger LCP and some or all of its component parts were manufactured in Arizona and therefore travelled in or affected interstate commerce prior to Griffin's possession of the firearm.

9. During a search of Griffin's vehicle, officers located three additional driver's licenses with Griffin's pictures but with alias names and addresses. Officers also located approximately one pound of weed.

10. Griffin was convicted of a felony punishable by imprisonment for a term exceeding one year, being Felon in Possession of a Firearm, in the United States District Court for the Southern District of Illinois, on November 15, 1996, in Case No. 96-CR-30057-WDS.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Nick Homann,
Special Agent, Illinois State Police

State of Illinois )
) SS.
County of St. Clair )

Sworn to before me and subscribed in my presence on the 9th day of August 2018, at East St. Louis, Illinois.

STEPHEN WILLIAMS
United States Magistrate Judge

STEPHEN D. WEINHOEFT
United States Attorney

Ali Summers
Assistant United States Attorney

3